## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

DANIEL RIVERA ESPINEL                    CASE NO.11-3260
DEBTOR                                   CHAPTER 13

### ASUME'S POSITION RELATED TO DSO PAYMENTS

**TO THE HONORABLE COURT:**

**COMES NOW,** THE CHILD SUPPORT ADMINISTRATION (hereinafter ASUME), a party with interest in this case, through the undersigning attorney and hereby respectfully STATES and PRAYS:

1.    Debtor proposed a plan on April 18, 2011 **(Docket 02)**

2.    Appearing creditor object confirmation based on post petition arrears. **(Docket 19)**

3.    This Court granted Debtor time to inform status of DSO payments.  A recent certification and a history of payments referred that Debtor's still in arrears in the amount of $660.00.  This amount represent 3 monthly payments. **(Exhibit 1)**

**RESPECTFULLY SUBMITTED**

WHEREFORE creditor respectfully prays that this Court take notice of the above according to order of June 15, 2011.

CERTIFY: That on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all attorneys of record.

In Ponce, Puerto Rico this August 05, 2011

**IVELISSE TORO ZAMBRANA**
**Federal Bar no. 214513**
**Attorney for creditor ASUME**
**Postal PO Box 7719**
**Ponce, Puerto Rico 00732**
**Tel. 787-844-5770**
**Fax 787-842-4664**
**Email torolawoffice@gmail.com**
**S/ IVELISSE TORO ZAMBRANA**